IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN P. BRADLEY,

                          Plaintiff,

    v.

WISCONSIN DEPARTMENT OF NATURAL
RESOURCES, CATHY STEPP, Secretary of the
Department of Natural Resources, in her official
capacity, MACK HANNON, Conservation Officer
in his official capacity, TIMOTHY EBERT,
Conservation Officer in his official capacity
and JOHN DOE,

                          Defendants.

ORDER

11-cv-694-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Kevin Bradley has requested leave to proceed in forma pauperis in this civil action for monetary and other relief, brought under 42 U.S.C. § 1983. From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether he qualifies for indigent status. In his affidavit, plaintiff states that he is unemployed, has no income and that he is separated from his wife and does not benefit from her income. However plaintiff does not include information as to how he is able to pay for his basic living expenses such as food, clothing and shelter, which he claims total approximately $900 each month. Without such information, I am unable to conclude that plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement his

1

request for leave to proceed in forma pauperis by completing the enclosed affidavit of indigency. In completing the affidavit, he should take care to show how he pays for his basic necessities and make sure the affidavit contains his actual gross monthly income from all sources for the last twelve months.

ORDER

IT IS ORDERED that a decision whether plaintiff Kevin Bradley may proceed in forma pauperis in this action is STAYED. Plaintiff may have until November 3, 2011, in which to amend his affidavit of indigency and return it to the court. Plaintiff should take particular care to show where he receives the means to pay for his basic necessities, such as food, clothing and shelter. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed in forma pauperis for failure to show that he is indigent.

Entered this 13th day of October, 2011.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge