IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN P. BRADLEY,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF NATURAL
RESOURCES, CATHY STEPP,
MACK HANNON and TIMOTHY EBERT,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-694-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

_Peter Oppeneer_, Clerk of Court      11/29/12 Date